United States District Court
Northern District of California

1

2

3

4        UNITED STATES DISTRICT COURT

5        NORTHERN DISTRICT OF CALIFORNIA

6

7    HOMA SHARI,

          Plaintiff,

8

9        v.

10    BANK OF AMERICA,

          Defendant.

11

Case No.  25-cv-04946-LJC
*Also filed in Case No. 24-cv-02318-AMO*

**SUA SPONTE REFERRAL TO DETERMINE WHETHER CASES ARE RELATED**

12

13        Pursuant to Civil Local Rule 3-12(c), case number 25-cv-04946 is hereby REFERRED to

14    the Honorable Araceli Martínez-Olguín to determine whether it is related to case number 24-cv-

15    02318, which involved the same parties and appears to have concerned the same dispute.  Plaintiff

16    Homa Shari, pro se, may file a response in opposition to or support of finding the cases related no

17    later than July 28, 2025.  *See* Civ. L.R. 3-12(c), 3-12(e); 7-11(b).

18        The undersigned magistrate judge is separately issuing a report and recommendation for

19    dismissal due to lack of subject matter jurisdiction.  If Judge Martínez-Olguín determines that the

20    cases are not related, this case will be reassigned to a randomly selected district judge for all

21    further proceedings, including action on that recommendation.

22        **IT IS SO ORDERED.**

23    Dated: July 14, 2026

24        _____

          LISA J. CISNEROS
25        United States Magistrate Judge

26

27

28