UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMA SHARI,<br><br>         Plaintiff,<br><br>    v.<br><br>BANK OF AMERICA,<br><br>         Defendant. | Case No. 25-cv-04946-AMO<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 7 |

The Court has reviewed Magistrate Judge Lisa J. Cisneros's Report and Recommendation to dismiss this case for lack of subject matter jurisdiction. ECF 7. The Court has also reviewed the "Amendment" timely filed by Plaintiff Homa Shari, ECF 8, which it construes as an objection to the Report. On de novo review, the Court concludes that Judge Cisneros's report is correct, thorough, and well-reasoned. *See* Fed. R. Civ. P. 72(b); Civ. L.R. 72-3. Shari's "Amendment" does not resolve the issues raised in Judge Cisneros's Report, nor Judge Cisneros's Order to Show Cause, as it fails to identify any federal law at issue or to establish diversity jurisdiction – i.e., Shari has not shown that a federal court has jurisdiction to hear her case. The Court therefore overrules Shari's objection and adopts the Report in full. Accordingly, this case is **DISMISSED** without leave to amend, but without prejudice to Shari filing a claim in a court of competent jurisdiction. In other words, Shari may not proceed with the case in this court but may file the complaint in a court with jurisdiction over the case.

     **IT IS SO ORDERED.**

Dated: August 7, 2025

                                                           **ARACELI MARTÍNEZ-OLGUÍN**
                                                           **United States District Judge**